BRADLEY S. PHILLIPS (SBN 85263)  
brad.phillips@mto.com  
MUNGER, TOLLES & OLSON LLP  
350 South Grand Avenue  
Fiftieth Floor  
Los Angeles, California 90071-3426  
Telephone:   (213) 683-9100  
Facsimile:    (213) 687-3702  

NATALIE MOYCE (SBN 341326)  
natalie.moyce@mto.com  
MUNGER, TOLLES & OLSON LLP  
560 Mission Street  
Twenty-Seventh Floor  
San Francisco, California 94105-2907  
Telephone:   (415) 512-4000  
Facsimile:    (415) 512-4077  

**NO FEE DUE GOV'T CODE § 6103**

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH WEISS,<br><br>   Plaintiff,<br><br>   vs.<br><br>STEPHEN PEREZ, in his official capacity as Interim President of San Jose State University; VINCENT J. DEL CASINO, in his official capacity as Provost of San Jose State University; WALT JACOBS, in his official capacity as Dean of the College of Social Sciences at San Jose State University; ROBERTO GONZALES, in his official capacity as Chair of the Department of Anthropology at San Jose State University, CHARLOTTE SUNSERI, in her official capacity as NAGPRA Coordinator at San Jose State University, and ALISHA MARIE RAGLAND, in her official capacity as Tribal Liaison at San Jose State University,<br><br>   Defendants. | Case No. 5:22-CV-641-SVK<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT AND OPPOSE PRELIMINARY INJUNCTION MOTION; DECLARATION OF BRADLEY S. PHILLIPS** |

IT IS HEREBY STIPULATED BY AND BETWEEN PLAINTIFF AND DEFENDANTS THAT:

1. Defendants may have until and including Thursday, February 24, 2022, in which to file their opposition to Plaintiff's Motion for Preliminary Injunction. That motion was filed on January 31, 2022, but not served until February 3, 2022. The Court's docket reflects a deadline of February 14, 2022, for the opposition, apparently based on the January 31 filing date. This is the first extension of time for Defendants' opposition. *See* Declaration of Bradley S. Phillips.

2. Defendants may have until and including Monday, March 7, 2022, in which to answer or otherwise respond to the Complaint. This extension does not change any deadline already fixed by the Court and is the first extension for Defendants' response to the Complaint.

DATED:  February 9, 2022                MUNGER, TOLLES & OLSON LLP
                                        BRADLEY S. PHILLIPS
                                        NATALIE MOYCE


                                        By: ___/s/ *Bradley S. Phillips*___
                                              Bradley S. Phillips
                                        Attorneys for Defendants California State University Officials

DATED:  February 9, 2022                PACIFIC LEGAL FOUNDATION
                                        DANIEL M. ORTNER
                                        ETHAN W. BLEVINS


                                        By: ___/s/ *Daniel M. Ortner*___
                                              Daniel M. Ortner
                                        Attorneys for Plaintiff Elizabeth Weiss

**FILER'S ATTESTATION**

I, Bradley S. Phillips, am the ECF user whose identification and password is being used to file this Stipulation And Proposed Order To Extend Time To Respond To Complaint.  Pursuant to Civil Local Rule 5-4.3.4(a)(2)(i), I hereby attest that the above-named signatories concur in and authorize this filing.

Dated:  February 9, 2022

/s/ *Bradley S. Phillips*
Bradley S. Phillips

# PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: February __, 2022

_____
United States Magistrate Judge

## DECLARATION OF BRADLEY S. PHILLIPS

I, Bradley S. Phillips, hereby declare:

1. I am a member of the Bar of this Court and a partner in the law firm Munger Tolles & Olson LLP, counsel for Defendants. I make this declaration based on personal knowledge and could testify competently to the facts set forth.

2. Plaintiff filed her Complaint and Motion for Preliminary Injunction on Monday, January 31, 2022. Counsel in the Office of the General Counsel at California State University agreed to accept service of those documents on behalf of all Defendants as of Thursday, February 3, 2022.

3. Without any extension, Defendants' response to the Complaint would be due on Thursday, February 24, 2022. Plaintiff has agreed to an extension of time for that response to Monday, March 7, 2022. This is the first such extension and will not affect the schedule for the case.

4. The Court's docket reflects a deadline of February 14, 2022, for Defendants' opposition to Plaintiff's Motion for Preliminary Injunction. That deadline is apparently based on the filing of the Motion on January 31, but the Motion was not served until February 3, meaning that the opposition would not be due until February 17. Plaintiff has agreed that Defendants may have an additional week, through and including Monday, February 24, 2022, in which to file their opposition. This is the first such extension and will not affect the schedule for the case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 9th day of February, 2022, at Los Angeles, California.

/s/ *Bradley S. Phillips*
Bradley S. Phillips