**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ELIZABETH WEISS,<br><br>          Plaintiff,<br><br>     v.<br><br>STEPHEN PEREZ, et al.,<br><br>          Defendants. | Case No.  22-cv-00641-BLF<br><br>**ORDER STRIKING OPPOSITION TO MOTION TO DISMISS; ADMONISHING PARTIES TO COMPLY WITH STANDING ORDERS**<br><br>[Re:  ECF No. 54] |

Yesterday, Plaintiff filed an opposition to Defendants' motion to dismiss that contained six single-spaced footnotes.  ECF No. 54.  These footnotes violate the Court's standing orders, which require that footnotes be double-spaced, not cite to legal authorities or evidence, and be used sparingly (if at all).  *See* Standing Order re Civil Cases § IV.F.

Accordingly, Plaintiff's opposition to Defendants' motion to dismiss is STRICKEN.  Plaintiff SHALL file a compliant opposition brief **no later than Tuesday, March 22, 2022**.  This order does not affect the deadline for Defendants to file their reply in support of their motion to dismiss.  Although Plaintiff's reply in support of her motion for a preliminary injunction and Defendants' briefs also have technically noncompliant footnotes, the Court has accepted them for filing.  The parties are admonished to comply with the Court's standing orders for all future briefs, which may not contain any footnotes.

Dated:  March 18, 2022

_____
BETH LABSON FREEMAN
United States District Judge