1  DANIEL M. ORTNER, No. 329866
   dortner@pacificlegal.org
2  ETHAN W. BLEVINS, Wash. Bar No. 48219*
   eblevins@pacificlegal.org
3  Pacific Legal Foundation
   555 Capitol Mall, Suite 1290
4  Sacramento, CA  95814
   Telephone: (916) 419-7111
5  Facsimile: (916) 419-7747
   *Attorneys for Plaintiff Elizabeth Weiss*
6  *pro hac vice admission pending*

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10             SAN JOSE DIVISION

11  ELIZABETH WEISS,                              No. 5:22-cv-00641-BLF

12           Plaintiff,                           **PLAINTIFF ELIZABETH WEISS'S
        v.                                        STATEMENT OF RECENT DECISION**
13
    STEPHEN PEREZ, in his official                Date: April 28, 2022
14  capacity as Interim President of San          Time: 9:00 a.m.
    Jose State University; VINCENT J.             Location: Courtroom 3, 5th Floor
15  DEL CASINO, in his official capacity          Judge: Hon. Beth Labson Freeman
    as Provost of San Jose State
16  University; WALT JACOBS, in his               Date Action Filed: January 31, 2022
    official capacity as Dean of the              Trial Date:
17  College of Social Sciences at San Jose
    State University; ROBERTO
18  GONZALES, in his official capacity
    as Chair of the Department of
19  Anthropology at San Jose State
    University, CHARLOTTE SUNSERI,
20  in her official capacity as NAGPRA
    Coordinator at San Jose State
21  University, and ALISHA MARIE
    RAGLAND, in her official capacity as
22  Tribal Liaison at San Jose State
    University,
23
             Defendants.
24

25

26

27

28

Pursuant to Local Rule 7-3(d)(2), Plaintiff Elizabeth Weiss submits this Statement of Recent Decision, calling the Court's attention to a recent decision of the United States Supreme Court in *Houston Community College System v. Wilson*, No. 20-804, 2022 WL 867307 (Mar. 24, 2022) (op. attached as Exhibit A). The decision was published after Professor Weiss filed her reply in support of her motion for preliminary injunction and her opposition to the Defendants' Motion to Dismiss and addresses issues that may be relevant to Professor Weiss's claims.

DATED: April 7, 2022.

Respectfully submitted,

DANIEL M. ORTNER
ETHAN W. BLEVINS
Pacific Legal Foundation

By _____s/ Daniel M. Ortner_____
        DANIEL M. ORTNER

*Attorneys for Plaintiff
Elizabeth Weiss*

# CERTIFICATE OF SERVICE

I hereby certify that on April 7, 2022, Opposing Counsel received the foregoing **PLAINTIFF ELIZABETH WEISS'S STATEMENT OF RECENT DECISION** via CM/ECF service.

                                                  _____s/ Daniel M. Ortner_____
                                                  DANIEL M. ORTNER, No. 329866