1  DANIEL M. ORTNER, No. 329866
   dortner@pacificlegal.org
2  ETHAN W. BLEVINS, Wash. Bar No. 48219*
   eblevins@pacificlegal.org
3  Pacific Legal Foundation
   555 Capitol Mall, Suite 1290
4  Sacramento, CA  95814
   Telephone: (916) 419-7111
5  Facsimile: (916) 419-7747
   *Attorneys for Plaintiff Elizabeth Weiss*
6  *pro hac vice admission pending*

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                    SAN JOSE DIVISION

11  ELIZABETH WEISS,                    No. 5:22-cv-00641-BLF

12              Plaintiff,              **PLAINTIFF ELIZABETH WEISS'S
                                        SECOND STATEMENT
        v.                              OF RECENT DECISION**
13
    STEPHEN PEREZ, in his official
14  capacity as Interim President of San   Date: April 28, 2022
    Jose State University; VINCENT J.      Time: 9:00 a.m.
15  DEL CASINO, in his official capacity   Location: Courtroom 3, 5th Floor
    as Provost of San Jose State           Judge: Hon. Beth Lawson Freeman
16  University; WALT JACOBS, in his        Date Action Filed: January 31, 2022
    official capacity as Dean of the       Trial Date: TBD
17  College of Social Sciences at San Jose
    State University; ROBERTO
18  GONZALES, in his official capacity
    as Chair of the Department of
19  Anthropology at San Jose State
    University, CHARLOTTE SUNSERI,
20  in her official capacity as NAGPRA
    Coordinator at San Jose State
21  University, and ALISHA MARIE
    RAGLAND, in her official capacity as
22  Tribal Liaison at San Jose State
    University,
23
                Defendants.
24

25

26

27

28

Pursuant to Local Rule 7.3(d)(2), Plaintiff Elizabeth Weiss submits this Statement of Recent Decision, calling the Court's attention to a recent decision of the Eleventh Circuit Court of Appeals in *Speech First, Inc. v. Cartwright*, No. 21-12583, 2022 WL 1192438 (11th Cir. April 21, 2022) (op. attached as Exhibit A). The decision was published after Professor Weiss filed her reply in support of her motion for preliminary injunction and her opposition to the Defendants' motion to dismiss and addresses issues that may be relevant to Professor Weiss's claims.

DATED: April 22, 2022.

Respectfully submitted,

DANIEL M. ORTNER
ETHAN W. BLEVINS
Pacific Legal Foundation

By _____ s/ Daniel M. Ortner _____
　　　　　DANIEL M. ORTNER

*Attorneys for Plaintiff*
*Elizabeth Weiss*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 22, 2022, Opposing Counsel received the foregoing PLAINTIFF ELIZABETH WEISS'S SECOND STATEMENT OF RECENT DECISION via CM/ECF service.

                                                _____s/ Daniel M. Ortner_____
                                                DANIEL M. ORTNER, No. 329866