BRADLEY S. PHILLIPS (State Bar No. 85263)
brad.phillips@mto.com
MUNGER, TOLLES & OLSON LLP
350 South Grand Avenue
Fiftieth Floor
Los Angeles, California 90071-3426
Telephone:   (213) 683-9100
Facsimile:    (213) 687-3702

BRYAN H. HECKENLIVELY (State Bar No. 279140)
NATALIE G. MOYCE (State Bar No. 341326)
natalie.moyce@mto.com
MUNGER, TOLLES & OLSON LLP
560 Mission Street, 27th Floor
San Francisco, CA 94105-2907
Telephone:   (415) 512-4000
Facsimile:    (415) 512-4077

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH WEISS,<br><br>    Plaintiff,<br><br>    vs.<br><br>STEPHEN PEREZ, in his official capacity as President of San Jose State University; *et al*.,<br><br>    Defendant. | Case No. 5:22-cv-00641-BLF<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL**<br><br>Judge:   Hon. Beth Labson Freeman |

TO THE COURT, COUNSEL, AND ALL PARTIES OF RECORD:

  PLEASE TAKE NOTICE that pursuant to Civ. L. R. 5-1(c)(2)(C), Bradley S. Phillips will no longer be affiliated with the law firm of Munger Tolles & Olson LLP and therefore withdraws as counsel for Defendants in this matter.  We respectfully request that his name be removed from all applicable service lists, including Notices of Electronic Filing.  The law firm of Munger, Tolles & Olson LLP will continue to serve as counsel for Defendants.

DATED:  May 2, 2022        MUNGER, TOLLES & OLSON LLP


                By:  */s/ Bradley S. Phillips*
                   BRADLEY S. PHILLIPS
                   Attorneys for Defendants