UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH WEISS,<br><br>        Plaintiff,<br><br>  v.<br><br>STEPHEN PEREZ, et al.,<br><br>        Defendants. | Case No.  22-cv-00641-BLF<br><br>**ORDER DENYING WITHOUT PREJUDICE STIPULATION TO EXTEND BRIEFING SCHEDULE ON UPCOMING MOTION TO DISMISS**<br><br>[Re:  ECF No. 83] |

The parties have submitted a stipulation seeking to extend the deadline for Defendants to file their motion to dismiss the First Amended Complaint and set an extended briefing schedule on the motion.  *See* ECF No. 83.  Defendants seek to retain their already reserved hearing date of October 13, 2022, even though they will not file their motion until 22 days after the hearing date was reserved.  *See* Standing Order re Civil Cases § III.A.

The parties' stipulation is DENIED WITHOUT PREJUDICE.  While the Court is amenable to a continued filing date and an extended briefing schedule (provided that it receives the final brief at least 14 days before a scheduled hearing), Defendants must reserve a hearing date no earlier than 14 days prior filing their motion.  At the time of filing, an October 13, 2022 hearing date may still be available, but the parties cannot jump the line by prematurely reserving that date.  The parties may file a revised stipulation in compliance with this Order if they wish to do so.

**IT IS SO ORDERED.**

Dated:  June 17, 2022

_____
BETH LABSON FREEMAN
United States District Judge