| | |
|---|---|
| 1 | DANIEL M. ORTNER, No. 329866 |
| 2 | DOrtner@pacificlegal.org<br>ETHAN W. BLEVINS, Wash. Bar No. 48219* |
| 3 | EBlevins@pacificlegal.org<br>Pacific Legal Foundation |
| 4 | 555 Capitol Mall, Suite 1290<br>Sacramento, CA  95814 |
| 5 | Telephone: (916) 419-7111 |
| 6 | Facsimile: (916) 419-7747<br>*Attorneys for Plaintiff Elizabeth Weiss* |
| 7 | **pro hac vice* |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH WEISS,<br><br>             Plaintiff,<br>     v.<br><br>STEPHEN PEREZ, in his official capacity as Interim President of San Jose State University; VINCENT J. DEL CASINO, in his official capacity as Provost of San Jose State University; WALT JACOBS, in his official capacity as Dean of the College of Social Sciences at San Jose State University; ROBERTO GONZALES, in his official capacity as Chair of the Department of Anthropology at San Jose State University, CHARLOTTE SUNSERI, in her official capacity as NAGPRA Coordinator at San Jose State University, and ALISHA MARIE RAGLAND, in her official capacity as Tribal Liaison at San Jose State University,<br><br>             Defendants. | No. 5:22-cv-00641-BLF<br><br>**PLAINTIFF'S<br>NOTICE OF WITHDRAWAL<br>OF ATTORNEY<br>DANIEL M. ORTNER** |

1  Plaintiff's attorneys hereby notify the Court of the withdrawal of Daniel M. Ortner as
2  counsel for the Plaintiff in the above-entitled case.
3  The Plaintiff will continue to be represented by Ethan W. Blevins as counsel of record.
4  Plaintiff consents to this withdrawal.
5  DATED: September 27, 2022.

Respectfully submitted,

DANIEL M. ORTNER
ETHAN W. BLEVINS
Pacific Legal Foundation

By     s/ Daniel M. Ortner
           DANIEL M. ORTNER

*Attorneys for Plaintiff
Elizabeth Weiss*

# CERTIFICATE OF SERVICE

I hereby certify that on September 27, 2022, Opposing Counsel received the foregoing PLAINTIFF'S NOTICE OF WITHDRAWAL OF ATTORNEY DANIEL M. ORTNER via CM/ECF service.

s/ Daniel M. Ortner
DANIEL M. ORTNER, No. 329866