JOSHUA P. THOMPSON, Cal. Bar No. 250955
jthompson@pacificlegal.org
ETHAN W. BLEVINS, Wash. Bar No. 48219*
eblevins@pacificlegal.org
WILSON FREEMAN, Ariz. Bar No. 036953*
wfreeman@pacificlegal.org
DAVID HOFFA, Ariz. Bar No. 038052*
dhoffa@pacificlegal.org
Pacific Legal Foundation
555 Capitol Mall, Suite 1290
Sacramento, CA  95814
Telephone: (916) 419-7111
Facsimile: (916) 419-7747
*Attorneys for Plaintiff Elizabeth Weiss*
*pro hac vice*

**APPROVED**
Judge Beth Labson Freeman

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ELIZABETH WEISS,<br><br>　　　　Plaintiff,<br>　v.<br><br>STEPHEN PEREZ, in his official capacity as President of San Jose State University; VINCENT J. DEL CASINO, in his official capacity as Provost of San Jose State University; HEATHER LATTIMER, in her official capacity as Interim Dean of the College of Social Sciences at San Jose State University; ROBERTO GONZALES, in his official capacity as Chair of the Department of Anthropology at San Jose State University,<br><br>　　　　Defendants. | No. 5:22-cv-00641-BLF<br><br>**STIPULATION OF VOLUNTARY DISMISSAL** |

Stip. of Voluntary Dismissal
No. 5:22-cv-00641-BLF

IT IS HEREBY STIPULATED AND AGREED by and between the parties and/or their respective counsel(s) that, having settled this case, Plaintiff Elizabeth Weiss voluntarily dismisses all her claims in the above-captioned action, with prejudice against Defendants pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Parties will bear their own costs and attorneys' fees.

DATED: June 21, 2023.

Respectfully submitted,

JOSHUA P. THOMPSON
ETHAN W. BLEVINS*
WILSON FREEMAN*
DAVID HOFFA*
Pacific Legal Foundation

By  /s/ Wilson C. Freeman
     WILSON FREEMAN*

*Attorneys for Plaintiff
Elizabeth Weiss*
*pro hac vice*

DATED: June 21, 2023

BRYAN H. HECKENLIVELY
STEPHANIE G. HERRERA
Munger, Tolles & Olson LLP

By  /s/ Bryan H. Heckenlively
     BRYAN H. HECKENLIVELY

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2023, Opposing Counsel received the foregoing STIPULATION OF VOLUNTARY DISMISSAL via CM/ECF service.

By  /s/ Wilson C. Freeman
    WILSON FREEMAN*

*Attorney for Plaintiff
Elizabeth Weiss*
*\*pro hac vice*